# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130423
(39)

CITY OF EAST LANSING,
      Plaintiff-Appellant,

v

DEPARTMENT OF STATE POLICE,
DEPARTMENT OF TRANSPORTATION, and
STATE TRANSPORTATION COMMISSION
FOR THE STATE OF MICHIGAN,
      Defendants-Appellees.

SC: 130423
COA: 262076
Ingham CC: 05-000232-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's order of April 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

l0619